UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**LISA LILLIAN OWENS,**
        Plaintiff,

    v.                           Case No. 11-CV-00724

**AT&T COMMUNICATIONS, INC.,**
        Defendant.

## ORDER

Pro se plaintiff Lisa Owens is suing defendant AT&T Communications, Inc. for wrongful termination. On November 18, 2011, defendant filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff has not yet responded to defendant's motion. Plaintiff is hereby notified that she has 14 days from the date of this order to file a brief in opposition to the motion to dismiss. If plaintiff fails to file a brief in opposition, the motion will be treated as unopposed.

**THEREFORE, IT IS ORDERED** that plaintiff has fourteen (14) days from the date of this order to file a brief in opposition to defendant's motion to dismiss.

Dated at Milwaukee, Wisconsin, this 20th day of December 2011.

                                            s/_____
                                            LYNN ADELMAN
                                            District Judge